IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMESHA S MARKS**                                                                    **PLAINTIFF**

v.                           **CASE NO. 4:20-CV-00349-BSM**

**JEFFERSON COUNTY, ARKANSAS**                                        **DEFENDANT**

## ORDER

No action was taken in this case between July 1, 2020, and July 25, 2022, when plaintiff was granted fourteen days to show cause why this case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). *See* Doc. No. 7. Plaintiff responded solely by filing a motion for default judgment, but did not otherwise show cause why the case should not be dismissed. Doc. No. 8.

Plaintiff's motion for default judgment [Doc. No. 8] is denied. A records review shows that the proper service address for the Jefferson County Judge is 101 West Barraque Street, Pine Bluff, Arkansas. Plaintiff's proof of service and certified mail return receipt show that service was sent to 104 West Barraque Street. Doc. No. 8, Exhibits 1–2. Because plaintiff failed to properly serve defendant Jefferson County or explain why she did not further pursue her claims for over two years, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE