IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMESHA S MARKS**                                                            **PLAINTIFF**

**v.**                      **CASE NO. 4:20-CV-00349-BSM**

**JEFFERSON COUNTY, ARKANSAS**                            **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE